UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER POIRIER,

    Plaintiff,

CASE NO. 1:12-CV-1056

v.

HON. ROBERT J. JONKER

OFFICER LEAH WESTRATE,
individually, *et al.*,

    Defendants.
_____/

**ORDER**

This matter is before the Court on Defendant Schickinger's Motion for Summary Judgment (docket # 42) and Defendants Leah Westrate, Jeff Stoll, Nate Dornbos, and Barbara Bergers's Motion for Summary Judgment (docket # 54). The Court heard oral argument on the motions on July 23, 2013. Based on its review of the record, the Court concludes that there exists no genuine issue as to any material fact and that all Defendants are entitled to summary judgment in their favor as a matter of law. FED. R. CIV. P. 56(a).

**ACCORDINGLY, IT IS ORDERED:**

1. Defendant Schickinger's Motion for Summary Judgment (docket # 42) is **GRANTED**.

2. Defendants Leah Westrate, Jeff Stoll, Nate Dornbos, and Barbara Bergers's Motion for Summary Judgment (docket # 54) is **GRANTED**.

Dated:    July 24, 2013       /s/ Robert J. Jonker
                                                              ROBERT J. JONKER
                                                              UNITED STATES DISTRICT JUDGE