UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER POIRIER,

    Plaintiff,

CASE NO. 1:12-CV-1056

v.

HON. ROBERT J. JONKER

OFFICER LEAH WESTRATE,
individually, *et al.*,

    Defendants.

_____/

## JUDGMENT

In accordance with the Order entered this day, Judgment is entered in favor of Defendants Leah Westrate, Jeff Stoll, Nate Dornbos, Barbara Bergers, and Bridget Schickinger and against Plaintiff Christopher Poirier.


Dated:    July 24, 2013        /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                                      UNITED STATES DISTRICT JUDGE